IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 06-cr-00017-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIAWA LEWIS,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendant's unopposed motion to withdraw motion to correct sentence is granted; doc. no. 30 is moot.

Dated: September 27, 2006

                                            s/ Jane Trexler, Secretary/Deputy Clerk